UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BRIAN SHROPSHIRE,

    Plaintiff,

v.                                              Case No. 6:19-cv-878-Orl-37EJK

BANK OF AMERICA,

    Defendant.
_____

## ORDER

Defendant moves to dismiss Plaintiff's Complaint for lack of standing and failure to state a claim. (Doc. 16 ("**Motion**").) For standing, which attacks this Court's subject matter jurisdiction, Defendant asserts that Plaintiff hasn't adequately pleaded injury-in-fact for his implied breach of contract claim. (*Id.* at 13–14.) Defendant also argues that each count fails to state a claim and seeks dismissal with prejudice. (*Id.* at 1–16.) Plaintiff has not yet responded to the Motion, although his deadline was **August 16, 2019**.[1] *See* Local Rule 3.01(b) (requiring that a party opposing a motion file a response within fourteen days after receiving service of the motion). Thus, the Motion is due to be granted as unopposed, but the Court will permit Plaintiff the opportunity to re-plead to correct the deficiencies identified by Defendant.

---

[1] On August 18, 2019, Plaintiff moved for a two-week extension of time to respond, saying he "reached out to Defendants [sic] counsel as per local rules." This fails to comply with Local Rule 3.01(g), so the Court denies this request and considers the Motion unopposed.

-1-

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Motion for Extension of Time to Respond to Defendant's Motion to Dismiss is **DENIED** for failure to comply with Local Rule 3.01(g).

2. Defendant Bank of America, N.A.'s Motion to Dismiss Plaintiff's Complaint [DE 3] for Lack of Standing and Failure to State a Claim Upon Which Relief Can Be Granted (Doc. 16) is **GRANTED IN PART** as unopposed.

3. Plaintiff's Complaint (Doc. 3) is **DISMISSED WITHOUT PREJUDICE**.

4. On or before Tuesday, **September 3, 2019**, Plaintiff may file an amended complaint consistent with the strictures of this Order. Failure to timely file will result in dismissal of this action with prejudice.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on August 19, 2019.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record