UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BRIAN SHROPSHIRE,

        Plaintiff,

v.                                                      Case No:  6:19-cv-878-RBD-EJK

BANK OF AMERICA,

        Defendant.
_____

## ORDER OF DISMISSAL

This cause is before the Court upon the Clerk's Minute Entry from the Settlement Conference indicating that this case has settled. (See Doc. 107). Accordingly, it is **ORDERED AND ADJUDGED**:

1. That the above-styled cause is hereby **DISMISSED WITH PREJUDICE,** subject to the right of any party to move the Court within sixty (60) days thereafter for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.

2. All pending motions are denied as moot and all deadlines and hearings are terminated.

3. The Clerk is **DIRECTED** to close this file.

-1-

**DONE AND ORDERED** in Chambers in Orlando, Florida, on March 23, 2021.



ROY B. DALTON JR.
United States District Judge